

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2014

No. 04-14-00091-CV

Melissa **HERNANDEZ**,
Appellant

v.

**CHRISTUS SPOHN HEALTH SYSTEM CORP.,** d/b/a Christus Spohn Hospital Kleberg,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-03-53076-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

Appellant's motion to file her supplemental brief is GRANTED.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court